```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 21636
   DREW TAYLOR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5516

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 11/16/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 02/13/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM  UNSECURED           494.48        .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG          .00        .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE    20000.00         .00            .00
FIRST FRANKLIN            NOTICE ONLY      NOT FILED        .00            .00
PIERCE & ASSOC            NOTICE ONLY      NOT FILED        .00            .00
NICOR                     UNSECURED        NOT FILED        .00            .00
RMI/MCSI                  UNSECURED          3888.55        .00            .00
DAVID L COATE ATTORNEY    NOTICE ONLY      NOT FILED        .00            .00
CHASE TAX RELATED PRODUC  UNSECURED          1486.00        .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                        946.16

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 946.16

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                   946.16
                      --------------        --------------
TOTALS                  946.16                  946.16
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 21636 DREW TAYLOR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/13/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |